IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–05–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JOSHUA JAMES CHAPPA, | |
| Defendant. | |

Before the Court is the government's Unopposed Motion for Witnesses to Testify by Video at Sentencing. (Doc. 33.) Specifically, the government asks the Court grant two out-of-state witnesses, Maelyn Aschoff and Robert Hayes Parton, permission to appear remotely at the May 13, 2021 sentencing hearing.

Accordingly, IT IS ORDERED that the motion (Doc. 33) is GRANTED. Witnesses Aschoff and Parton may appear via Zoom at the hearing next week. The Clerk of Court will notify government counsel via e-mail of the meeting ID and password within 24 hours of the hearing.

DATED this 7th day of May, 2021.

_____
Dana L. Christensen, District Judge
United States District Court