IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–05–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JOSHUA JAMES CHAPPA, | |
| Defendant. | |

Before the Court is Defendant Joshua James Chappa's Unopposed Motion for Amended Judgment. (Doc. 43.) Chappa asks the Court to recommend placement at one of two Bureau of Prisons facilities to carry out the term of his custodial sentence. Because he did not expect his sentence to include prison, Chappa came to the May 13–14, 2021 sentencing hearing unprepared to request any specific placement recommendation. The government does not oppose the motion.

Accordingly, IT IS ORDERED that the motion (Doc. 43) is GRANTED. An Amended Judgment will follow entry of this Order.

DATED this 19th day of May, 2021.

_____
Dana L. Christensen, District Judge
United States District Court